# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR CAMPOS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FRESNO DEPUTY SHERIFF'S ASSOCIATION, et al., <br><br> Defendants. | No.: 1:18-cv-01660-AWI-EPG <br><br> **ORDER CONTINUING SCHEDULING CONFERENSE AND DEADLINES FOR RESPONSIVE PLEADINGS** <br><br> (ECF No. 20) |

The Court, having considered the Parties' Stipulation (ECF No. 20), and finding good cause, ORDERS:

1. Defendants are to file their responsive pleadings by **April 29, 2019**.
2. The scheduling conference currently scheduled for March 19, 2019, is rescheduled for **June 11, 2019, at 9:30 a.m.**, in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. The Court grants telephonic appearances, with each party wishing to so appear directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint scheduling report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated: **March 4, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE