Gary M. Messing, Bar No. 75363
  gary@majlabor.com
Jason H Jasmine, Bar No. 215757
  jason@majlabor.com
Monique Alonso, Bar No. 127078
  monique@majlabor.com
**MESSING ADAM & JASMINE LLP**
980 9th Street, Suite 380
Sacramento, California 95814
Telephone:   916.446.5297
Facsimile:    916.448.5047

Attorneys for Defendant
**FRESNO DEPUTY SHERIFF'S ASSOCIATION**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| CESAR CAMPOS, et al, <br><br> Plaintiffs, <br><br> v. <br><br> FRESNO DEPUTY SHERIFF'S ASSOCIATION, COUNTY OF FRESNO; XAVIER BECERRA, in his official capacity as Attorney General of the State of California; ERIC BANKS, PRISCILLA WINSLOW, ERICH SHINERS, and ARTHUR A. KRANTZ, in their official capacities as chair and members of the California Public Employment Relations Board, <br><br> Defendants. | Case No. 1:18-cv-01660 AWI-EPG <br><br> **STIPULATION OF PLAINTIFFS AND DEFENDANT DSA EXTENDING TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT AND ORDER THEREON** <br><br> **(ECF No. 25)** <br><br> Complaint Filed: December 6, 2018 |

## **STIPULATION**

WHEREAS, plaintiffs filed their "Class-Action Complaint" on December 6, 2018;

WHEREAS, defendant Fresno Deputy Sheriff's Association (the "DSA") filed its response on April 29, 2019;

WHEREAS, plaintiffs filed their "First Amended Complaint" ("FAC") on Sunday, May 12, 2019;

00071160-1

STIPULATION EXTENDING TIME TO FILE RESPONSE TO
FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER

MESSING ADAM &
JASMINE LLP
ATTORNEYS AT LAW

1  WHEREAS, under Federal Rule of Civil Procedure 15, the DSA's response to the FAC is
2  due on May 28, 2019; and
3  WHEREAS, the FAC adds two new plaintiffs, deletes the class action allegations, and
4  adds two new claims, requiring additional time to respond beyond the two weeks set under Rule
5  15; and
6  WHEREAS the DSA's counsel will be out of the country between May 17 and June 4,
7  2019, and therefore unable to prepare the DSA's response by the current due date.
8  IT IS HEREBY STIPULATED by plaintiffs and defendant DSA, and an Order of this
9  Court is requested, that:
10  1.  Defendant DSA may have an extension of time within which to file a response to
11  the FAC, and the date for such response will now be due June 24, 2019; and
12  2.  This extension of time shall have no effect on the Mandatory Status Conference
13  presently scheduled for June 11, 2019.

Dated:  May 15, 2019              MESSING ADAM & JASMINE LLP


                                  By   */s/ Monique Alonso*
                                       Gary M. Messing
                                       Jason H Jasmine
                                       Monique Alonso
                                       Attorneys for Defendant
                                       FRESNO DEPUTY SHERIFF'S ASSOCIATION


Dated:  May 15, 2019              TALCOTT FRANKLIN P.C.


                                  By   */s/ Talcott J. Franklin*
                                       Talcott J. Franklin
                                       Attorneys for Plaintiffs
                                       CESAR CAMPOS, et al.

00071160-1

2

STIPULATION EXTENDING TIME TO FILE RESPONSE TO
FIRST AMENDED COMPLAINT AND ORDER

# **ORDER**

Pursuant to the stipulation of the parties (ECF No. 25), and good cause appearing therefor,

The Court hereby orders that:

1. Defendant FRESNO DEPUTY SHERIFF'S ASSOCIATION shall file a response to the First Amended Complaint on or before June 24, 2019; and

2. This Order shall have no effect on the scheduling of the June 11, 2019, Mandatory Scheduling Conference in this matter.

IT IS SO ORDERED.

Dated: **May 16, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

00071160-1

3

MESSING ADAM &
JASMINE LLP
ATTORNEYS AT LAW

STIPULATION EXTENDING TIME TO FILE RESPONSE TO
FIRST AMENDED COMPLAINT AND ORDER