1   XAVIER BECERRA, State Bar No. 118517
Attorney General of California
2   PAUL STEIN, State Bar No. 184956
Supervising Deputy Attorney General
3   NATASHA SAGGAR SHETH, State Bar No. 282896
Deputy Attorney General
4    455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
5    Telephone: (415) 510-3818
Fax: (415) 703-5480
6    E-mail: Natasha.Sheth@doj.ca.gov
*Attorneys for Xavier Becerra, in his official capacity*
7   *as Attorney General of the State of California*

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CESAR CAMPOS, et al.,** | 1:18-cv-01660-AWI-EPG |
| Plaintiffs, | **STIPULATION OF PLAINTIFFS AND DEFENDANTS COUNTY OF FRESNO AND XAVIER BECERRA IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA EXTENDING TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT AND ORDER THEREON** |
| v. | |
| **FRESNO DEPUTY SHERIFF'S ASSOCIATION, COUNTY OF FRESNO; XAVIER BECERRA, in his official capacity as Attorney General of the State of California,** | |
| | (ECF No. 27) |
| Defendants. | Action Filed: December 6, 2018 |

## STIPULATION

WHEREAS, Plaintiffs filed their "Class-Action Complaint" on December 6, 2018;

WHEREAS, Defendant Xavier Becerra, in his official capacity as Attorney General of the State of California, filed his response on April 29, 2019[1];

WHEREAS, Plaintiffs filed their "First Amended Complaint" ("FAC") on Sunday, May 12, 2019;

---

[1] The original Class-Action Complaint also included Defendants Eric Banks, Lou Paulson, Erich Shiners, and Arthur A. Krantz, in their official capacities as members of the California Public Employment Relations Board who filed their response on April 29, 2019 together with the Attorney General; however, the members of the California Public Employment Relations Board were dropped from the lawsuit in the First Amended Complaint.

WHEREAS, under Federal Rule of Civil Procedure 15, the response of Defendants County of Fresno and Becerra in his official capacity to the FAC is due on May 28, 2019; and

WHEREAS, the FAC adds two new plaintiffs, deletes the class action allegations, and adds two new claims, requiring additional time to respond beyond the two weeks set under Rule 15;

WHEREAS, Defendant Fresno Deputy Sheriff's Association obtained an extension of time to respond to the FAC up to and including June 24, 2019; and

WHEREAS, Defendants County of Fresno and Becerra in his official capacity wishes to coordinate their responses with other defendants to the action.

IT IS HEREBY STIPULATED by Plaintiffs and Defendants County of Fresno and Becerra in his official capacity, and an Order of this Court is requested that:

1.      Defendants County of Fresno and Xavier Becerra, in his official capacity as Attorney General of the State of California may have an extension of time within which to file a response to the FAC, and the date for such response will now be June 24, 2019; and

2.      This extension of time shall have no effect on the Mandatory Status Conference presently scheduled for June 11, 2019.

///
///
///
///
///
///
///
///
///
///
///
///

| | |
|---|---|
| 1 | Dated: May 22, 2019 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | Dated: May 22, 2019 |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | Dated: May 23, 2019 |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Dated: May 22, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General

*/s/ Natasha Saggar Sheth*

NATASHA SAGGAR SHETH
Deputy Attorney General
*Attorneys for Xavier Becerra, in his official capacity as Attorney General of the State of California*

Dated: May 22, 2019

DANIEL C. CEDERBORG,
Fresno County Counsel

*/s/ Catherine E. Basham\**

CATHERINE E. BASHAM,
Chief Deputy County Counsel
*Attorneys for County of Fresno*

Dated: May 23, 2019

MITCHELL LAW PLLC

*/s/ Jonathan F. Mitchell\*\**

Jonathan F. Mitchell
*Attorneys for Plaintiffs*

*as authorized on May 22, 2019.
**as authorized on May 23, 2019.

SA2019100038
21463978.docx

3

## **ORDER**

The parties having so stipulated (ECF No. 27), and good cause appearing therefor,

The Court hereby orders that:

1. Defendants County of Fresno and Xavier Becerra, in his official capacity as Attorney General of the State of California shall file a response to the First Amended Complaint on or before June 24, 2019; and

2. This Order shall have no effect on the scheduling of the June 11, 2019 Mandatory Scheduling Conference in this matter.

IT IS SO ORDERED.

Dated:   **May 23, 2019**                    /s/ _Erica P. Grosjean_
                                                      UNITED STATES MAGISTRATE JUDGE

Stipulation Extending Time to File Response to First Amended Complaint (1:18-cv-01660-AWI-EPG)