1  Gary M. Messing, Bar No. 75363
       gary@majlabor.com
2  Jason H Jasmine, Bar No. 215757
       jason@majlabor.com
3  Monique Alonso, Bar No. 127078
       monique@majlabor.com
4  **MESSING ADAM & JASMINE LLP**
   980 9th Street, Suite 380
5  Sacramento, California 95814
   Telephone:    916.446.5297
6  Facsimile:    916.448.5047

7  Attorneys for Defendant
   **FRESNO DEPUTY SHERIFF'S**
8  **ASSOCIATION**

9  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
10 PAUL STEIN, State Bar No. 184956
   Supervising Deputy Attorney General
11 NATASHA SAGGAR SHETH, State Bar No. 282896
   Deputy Attorney General
12 455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
13 Telephone: (415) 510-3818
   Fax: (415) 703-5480
14 E-mail: Natasha.Sheth@doj.ca.gov

15 Attorneys for Defendant
   **XAVIER BECERRA in His**
16 **Official Capacity as Attorney General for the**
   **State Of California**
17

18          **IN THE UNITED STATES DISTRICT COURT**

19          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

20                   **FRESNO DIVISION**

21 CESAR CAMPOS; LATANA M.              Case No. 1:18-cv-01660 AWI-EPG
   CHANDAVONG, NENG HER; and HUGH
22 X. YANG,                            **JOINT REQUEST OF DEFENDANTS**
                                       **FRESNO DEPUTY SHERIFF'S**
23          Plaintiffs,                **ASSOCIATION AND ATTORNEY**
                                       **GENERAL XAVIER BECERRA FOR AN**
24      v.                             **ORDER TO CONTINUE HEARING ON**
                                       **MOTIONS TO DISMISS PLAINTIFFS'**
25 FRESNO DEPUTY SHERIFF'S             **FIRST AMENDED COMPLAINT; AND**
   ASSOCIATION; COUNTY OF FRESNO;      **[PROPOSED] ORDER**
26 XAVIER BECERRA, in his official capacity
   as Attorney General of the State of California,  Complaint Filed:  December 6, 2018
27
           Defendants.
28

On June 24, 2019, defendant Fresno Deputy Sheriff's Association (the "FDSA") and defendant Attorney General Xavier Becerra (the "AG") each filed Motions to Dismiss the First Amended Complaint of plaintiffs Cesar Campos, et al. (the "Motions"). The Motions are currently set for August 5, 2019, and no oppositions have been filed.

The FDSA intends to file an amended Motion to Dismiss and in order to do so, needs to move the current hearing date to September 9, 2019 (the next available date for the Court and the AG) in order to comply with statutory requirements for notice and briefing. The AG has no objection and wishes to reset its Motion to Dismiss to the same new hearing date for the convenience of the Court. The FDSA has notified plaintiffs' counsel of its intent to file an amended motion and to request permission of the Court to move the hearing date to September 9, 2019, and has received no objection or response. Declaration of Monique Alonso, filed concurrently herewith, ¶ 2.

Accordingly, the undersigned respectfully request that the Court move the August 5, 2019 hearing date on each of Defendants' Motions to Dismiss to September 9, 2019.

Dated: July 15, 2019                    MESSING ADAM & JASMINE LLP


By ____/s/ Monique Alonso_____
    Monique Alonso
    Attorneys for Defendant
    FRESNO DEPUTY SHERIFF'S ASSOCIATION

Dated: July 15, 2019                    XAVIER BECERRA
                                        Attorney General for the State of California


By ____/s/ Natasha Saggar Sheth_____
    Natasha Saggar Sheth
    Deputy Attorney General
    Attorneys for Defendant
    XAVIER BECERRA

# [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING THEREFOR,

The Joint Request of Defendants Fresno Deputy Sheriff's Association and Attorney General Xavier Becerra to Continue the Hearing on Motions to Dismiss Plaintiffs' First Amended Complaint is hereby granted, and the hearing is continued from August 5, 2019 to September 9, 2019.


IT IS SO ORDERED.

Dated: ___July 15, 2019___

_____
SENIOR  DISTRICT  JUDGE

MESSING ADAM &
JASMINE LLP
ATTORNEYS AT LAW