# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR CAMPOS, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>FRESNO DEPUTY SHERIFF'S ASSOCIATION, *et al.*,<br><br>Defendants. | Case No. 1:18-cv-01660-AWI-EPG<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

In light of the pending motions to dismiss (ECF Nos. 36, 40, 44), and the parties' joint status report indicating that no discovery has yet occurred (ECF No. 50), the status conference, currently set for December 2, 2019, is continued to **February 24, 2020, at 10:30 a.m.**, in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. The Court grants telephonic appearances, with each party wishing to so appear directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties shall file a joint status report, including a proposed revised schedule for the case, one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated: **November 25, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1