Gary M. Messing, Bar No. 75363
  gary@majlabor.com
Jason H Jasmine, Bar No. 215757
  jason@majlabor.com
Monique Alonso, Bar No. 127078
  monique@majlabor.com
**MESSING ADAM & JASMINE LLP**
980 9th Street, Suite 380
Sacramento, California 95814
Telephone:    916.446.5297
Facsimile:    916.448.5047

Attorneys for Defendant
FRESNO DEPUTY SHERIFF'S ASSOCIATION

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| CESAR CAMPOS and LATANA M. CHANDAVONG, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FRESNO DEPUTY SHERIFF'S ASSOCIATION, COUNTY OF FRESNO; XAVIER BECERRA, in his official capacity as Attorney General of the State of California; ERIC BANKS, PRISCILLA WINSLOW, ERICH SHINERS, and ARTHUR A. KRANTZ, in their official capacities as chair and members of the California Public Employment Relations Board,<br><br>Defendants. | Case No. 1:18-cv-01660 AWI-EPG<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT FRESNO DEPUTY SHERIFF'S ASSOCIATION TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>**(ECF No. 57)** |

## **STIPULATION**

WHEREAS, plaintiffs filed their "Class-Action Complaint" on December 6, 2018;

WHEREAS, defendant Fresno Deputy Sheriff's Association ("FDSA") filed its response on April 29, 2019;

WHEREAS, plaintiffs filed their First Amended Complaint ("FAC") on May 12, 2019;

00085264-1

MESSING ADAM &
JASMINE LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT FRESNO DEPUTY
SHERIFF'S ASSOCIATION TO ANSWER SECOND AMENDED COMPLAINT

WHEREAS, Defendants FDSA and the State of California filed Motions to Dismiss on June 24, 2019, and FDSA filed an Amended Motion to Dismiss on June 29, 2019;

WHEREAS, on February 27, 2020, the Court ruled on Defendants' Motions to Dismiss, granting plaintiffs leave to amend the first and second causes of action in the FAC, dismissing the fourth, fifth and sixth causes of action in the FAC, and dismissing Defendant State of California (the "Order");

WHEREAS, plaintiffs filed their Second Amended Complaint ("SAC") on March 19, 2020;

WHEREAS, FDSA's response to the SAC is currently due on April 2, 2020;

WHEREAS, due to the COVID 19 emergency shelter in place in the Bay Area and generally, due to the nationwide disruption caused by the pandemic, the parties have agreed to a one-month extension of time within which Defendant FDSA may respond to the SAC.

IT IS THEREFORE HEREBY STIPULATED by and between plaintiffs and Defendant FDSA, and an order of this Court is requested, that FDSA's deadline to respond to the SAC be extended to May 2, 2020.

Dated: March 24, 2020      MESSING ADAM & JASMINE LLP

By  */s/ Monique Alonso*
Monique Alonso
Attorneys for Defendant
FRESNO DEPUTY SHERIFF'S ASSOCIATION

Dated: March 24, 2020      MITCHELL LAW PLLC

By  */s/ Jonathan Mitchell*
Jonathan Mitchell
Attorneys for Plaintiffs
CESAR CAMPOS, et al.

MESSING ADAM &
JASMINE LLP
ATTORNEYS AT LAW

00085264-1

2

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT FRESNO DEPUTY SHERIFF'S ASSOCIATION TO ANSWER SECOND AMENDED COMPLAINT

## **ORDER**

The parties having so stipulated (ECF No. 57), and good cause appearing,

IT IS ORDERED that:

Defendant FRESNO DEPUTY SHERIFF'S ASSOCIATION shall file a response to the Second Amended Complaint on or before May 2, 2020.

IT IS SO ORDERED.

Dated: **March 25, 2020**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE

MESSING ADAM & JASMINE LLP
ATTORNEYS AT LAW

00085264-1

3

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT FRESNO DEPUTY SHERIFF'S ASSOCIATION TO ANSWER SECOND AMENDED COMPLAINT