Gary M. Messing, Bar No. 75363
  gary@majlabor.com
Jason H Jasmine, Bar No. 215757
  jason@majlabor.com
Monique Alonso, Bar No. 127078
  monique@majlabor.com
**MESSING ADAM & JASMINE LLP**
980 9th Street, Suite 380
Sacramento, California 95814
Telephone:   916.446.5297
Facsimile:   916.448.5047

Attorneys for Defendant
FRESNO DEPUTY SHERIFF'S ASSOCIATION

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| CESAR CAMPOS and LATANA M. CHANDAVONG, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FRESNO DEPUTY SHERIFF'S ASSOCIATION, COUNTY OF FRESNO; XAVIER BECERRA, in his official capacity as Attorney General of the State of California; ERIC BANKS, PRISCILLA WINSLOW, ERICH SHINERS, and ARTHUR A. KRANTZ, in their official capacities as chair and members of the California Public Employment Relations Board,<br><br>Defendants. | Case No. 1:18-cv-01660 AWI-EPG<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO EXCHANGE INITIAL DISCLOSURES**<br><br>**(ECF No. 59)** |

## **STIPULATION**

WHEREAS, the response of Defendant Fresno County Sheriff's Association (the "FDSA") to the Second Amended Complaint (the "SAC") was extended to May 2, 2020 pursuant to the Court's March 25, 2020 Order [Doc #58];

WHEREAS, after defendants filed motions to dismiss the First Amended Complaint, the Court extended the deadline for the parties to exchange Initial Disclosures to April 20, 2020, or 30 days after plaintiffs filed the SAC on March 19, 2020 [Doc #55]; and

WHEREAS, the parties agree that Initial Disclosures should occur after, not before, any responsive pleading is filed and the case is in a posture to move forward;

IT IS THEREFORE STIPULATED by and between plaintiffs and the FDSA, and an order of this Court is requested, that the deadline to exchange Initial Disclosures shall be moved to thirty (30) days after resolution of the FDSA's responsive motion to the SAC.

Dated: March 26, 2020  MESSING ADAM & JASMINE LLP

By */s/ Monique Alonso*
Monique Alonso
Attorneys for Defendant
FRESNO DEPUTY SHERIFF'S ASSOCIATION

Dated: March 26, 2020  MITCHELL LAW PLLC

By */s/ Jonathan Mitchell*
Jonathan Mitchell
Attorneys for Plaintiffs
CESAR CAMPOS, et al.

## **ORDER**

Pursuant to the stipulation of the parties, and finding that good cause exists,

IT IS ORDERED that the deadline to exchange Initial Disclosures is extended to thirty (30) days after resolution of the FDSA's responsive motion to the Second Amended Complaint or, if no responsive motion is filed, thirty (30) days after the filing of FDSA's answer to the Second Amended Complaint.

IT IS SO ORDERED.

Dated: **March 27, 2020**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE