Gary M. Messing, Bar No. 75363
  gary@majlabor.com
Jason H Jasmine, Bar No. 215757
  jason@majlabor.com
Monique Alonso, Bar No. 127078
  monique@majlabor.com
**MESSING ADAM & JASMINE LLP**
980 9th Street, Suite 380
Sacramento, California 95814
Telephone:   916.446.5297
Facsimile:   916.448.5047

Attorneys for Defendant
FRESNO DEPUTY SHERIFF'S ASSOCIATION

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| CESAR CAMPOS and LATANA M. CHANDAVONG, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>FRESNO DEPUTY SHERIFF'S ASSOCIATION, COUNTY OF FRESNO; XAVIER BECERRA, in his official capacity as Attorney General of the State of California; ERIC BANKS, PRISCILLA WINSLOW, ERICH SHINERS, and ARTHUR A. KRANTZ, in their official capacities as chair and members of the California Public Employment Relations Board,<br><br>        Defendants. | Case No. 1:18-cv-01660 AWI-EPG<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT FRESNO DEPUTY SHERIFF'S ASSOCIATION TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>**(ECF No. 63)** |

## **STIPULATION**

WHEREAS, plaintiffs filed their "Class-Action Complaint" on December 6, 2018;

WHEREAS, defendant Fresno Deputy Sheriff's Association (the "FDSA") filed its response on April 29, 2019;

WHEREAS, plaintiffs filed their First Amended Complaint ("FAC") on May 12, 2019;

00087130-1

MESSING ADAM & JASMINE LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANT FRESNO DEPUTY SHERIFF'S ASSOCIATION TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT

1  WHEREAS, defendants FDSA and the State of California filed Motions to Dismiss on
2  June 24, 2019, and the FDSA filed an Amended Motion to Dismiss on June 29, 2019;
3  WHEREAS, on February 27, 2020, the Court ruled on defendants' Motions to Dismiss,
4  granting plaintiffs leave to amend the first and second causes of action in the FAC, dismissing the
5  fourth, fifth and sixth causes of action in the FAC, and dismissing defendant State of California
6  (the "Order");
7  WHEREAS, plaintiffs filed their Second Amended Complaint ("SAC") on March 19,
8  2020;
9  WHEREAS, the FDSA's response to the SAC was originally due on April 2, 2020;
10  WHEREAS, due to the COVID 19 emergency shelter in place in the Bay Area and
11  generally, due to the nationwide disruption caused by the pandemic, the parties agreed to a one-
12  month extension of time within which the FDSA would respond to the SAC;
13  WHEREAS, on March 25, 2020, the Court approved the parties' Stipulation for a one-
14  month extension to May 2, 2020 for the FDSA to respond to the SAC;
15  WHEREAS, since that time defendant's counsel, Monique Alonso, has been ill and has
16  been unable to attend to preparing the FDSA's response to the SAC;
17  WHEREAS, the parties are also meeting and conferring regarding whether motion practice
18  may be avoided;
19  WHEREAS, the parties have agreed to a further one-month extension of time within which
20  the FDSA may respond to the SAC;
21  IT IS THEREFORE HEREBY STIPULATED by and between plaintiffs and the FDSA,
22  and an order of this Court is requested, that the FDSA's deadline to respond to the SAC be
23  extended to June 2, 2020.
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

MESSING ADAM & JASMINE LLP
ATTORNEYS AT LAW

00087130-1
2
STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANT FRESNO DEPUTY SHERIFF'S ASSOCIATION TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT

1  Dated: April 24, 2020              MESSING ADAM & JASMINE LLP

                                      By     */s/ Monique Alonso*
                                         Monique Alonso
                                         Attorneys for Defendant
                                         FRESNO DEPUTY SHERIFF'S ASSOCIATION

7  Dated: April 24, 2020              MITCHELL LAW PLLC

                                      By     */s/ Jonathan Mitchell*
                                         Jonathan Mitchell
                                         Attorneys for Plaintiffs
                                         CESAR CAMPOS, et al.

MESSING ADAM & JASMINE LLP
ATTORNEYS AT LAW

00087130-1

3

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANT FRESNO DEPUTY SHERIFF'S ASSOCIATION TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT

**ORDER**

Pursuant to the stipulation of the parties (ECF No. 63), and finding good cause exists,

IT IS ORDERED that the deadline for Defendant FRESNO DEPUTY SHERIFF'S ASSOCIATION to file a response to the Second Amended Complaint is extended to June 2, 2020.

IT IS SO ORDERED.

Dated:   **April 27, 2020**          /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE