# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR CAMPOS, et al., | Case No. 1:18-cv-01660 AWI-EPG |
| Plaintiffs, | **ORDER RE: STIPULATION TO VACATE DEADLINES** |
| v. | **(ECF No. 70)** |
| FRESNO DEPUTY SHERIFF'S ASSOCIATION, et al., | |
| Defendants. | |

Pursuant to the stipulation of the parties (ECF No. 70), and finding good cause exists, IT IS ORDERED:

1. The deadline for serving initial disclosures and all other dates and deadlines in the Court's scheduling conference order (ECF No. 41), as modified (*see* ECF Nos. 55, 60, 61) are VACATED.

2. Within thirty (30) days of the Court's ruling on defendant FDSA's Motion to Dismiss, filed June 2, 2020, the parties shall file a joint report as to the status of the case, with proposed dates for the continued deadlines, if appropriate.

IT IS SO ORDERED.

Dated: **July 7, 2020**         /s/ Erica P. Grosjean
                                UNITED STATES MAGISTRATE JUDGE

1