UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR CAMPOS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FRESNO DEPUTY SHERIFF'S ASSOCIATION, et al.,<br><br>　　　　　Defendants. | Case No.　1:18-cv-01660-AWI-EPG<br><br>ORDER RE: STIPULATIONS OF DISMISSAL<br><br>(ECF No. 86, 87) |

　　　　This matter is before the Court on two stipulations of dismissal. (ECF Nos. 86, 87). To understand the context of these filings, some brief background information is needed.

　　　　The last operative complaint in this case, the second amended complaint, proceeded with claims by Plaintiffs Cesar Campos, Latana Chandavong, Neng Her, Hugh Yang, and Nick Vang against Defendants Fresno Deputy Sheriff's Association and County of Fresno. (ECF No. 56). On April 22, 2021, the presiding District Judge severed claims by Plaintiffs Her and Chandavong against Defendants Fresno Deputy Sheriff's Association and County of Fresno and transferred them to a new case, 1:21-cv-00675-AWI-EPG. (ECF No. 85, p. 20). The parties were directed to use the newly issued case number for all further filings. (*Id.*). The District Judge declined to exercise supplemental jurisdiction over the remaining state law claims and directed the Clerk to close the case. (*Id.*). Since then, in 1:21-cv-00675-AWI-EPG, the parties have reached a settlement with a dispositional document being due by no later than September 16, 2022. (ECF No. 65 of 1:21-cv-00675-AWI-EPG).

As for the stipulations of dismissal, the first states that the parties have settled all "of the claims in this case as well as the claims in *Chandavong v. Fresno Deputy Sheriff's Association*, No. 1:21-cv-00675-AWI-EPG, and the parties stipulate to a dismissal with prejudice of all of the plaintiffs' claims." (ECF No. 86, p. 2). Although the instant case has already been closed, the Court acknowledges the parties' memorialization of the dismissal of this case with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

The second stipulation of dismissal states that the parties "have reached a full settlement of the claims in this case [meaning 1:21-cv-00675-AWI-EPG] as well as the claims in *Campos v. Fresno Deputy Sheriff's Association*, No. 1:18-cv-01660-AWI-EPG, and the parties stipulate to a dismissal with prejudice of all of the plaintiffs' claims." (ECF No. 87). The Court notes that this stipulation of dismissal was filed in the wrong case, 1:18-cv-01660-AWI-EPG. However, the Court will direct the Clerk to file the stipulation in the correct case, 1:21-cv-00675-AWI-EPG, and then address it after it is filed.

Accordingly, IT IS ORDERED as follows:

1. The Court acknowledges the parties' stipulation of dismissal with prejudice (ECF No. 86) of all of Plaintiffs' claims in the instant case, 1:18-cv-01660-AWI-EPG, and this case remains closed.

2. The Clerk of Court is directed to file the parties' second stipulation of dismissal (ECF No. 87) in the correct case, 1:21-cv-00675-AWI-EPG. After it is filed, the Court will address it within that case.

IT IS SO ORDERED.

Dated: __September 19, 2022__        /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE

2